

# COURT OF APPEALS
### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-11-00551-CR

EX PARTE CHARLES LAYMON COX

----------

FROM THE 213TH DISTRICT COURT OF TARRANT COUNTY

----------

## MEMORANDUM OPINION[1]

----------

Charles Laymon Cox attempts to appeal the November 29, 2011 denial of his motion to recuse the Honorable Judge Louis E. Sturns from presiding over the evidentiary hearing on his habeas corpus application filed pursuant to article 11.07 of the code of criminal procedure.  *See Ex parte Sinegar*, 324 S.W.3d 578, 581 (Tex. Crim. App. 2010) (holding that rule of civil procedure 18a applies in habeas proceedings that occur before the trial court).

---

[1]*See* Tex. R. App. P. 47.4.

On January 6, 2012, we sent Cox a letter stating our concern that we lacked jurisdiction over the appeal because he did not appear to be appealing from a judgment or other appealable order. *See McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.—Fort Worth 1996, no pet.) ("We do not have jurisdiction to review interlocutory orders unless that jurisdiction has been expressly granted to us by law."); *see also* Tex. R. Civ. P. 18a(j)(1)(A) ("An order denying a motion to recuse may be reviewed only for abuse of discretion *on appeal from the final judgment.*" (emphasis added)).

We instructed Cox or any party desiring to continue the appeal to file a response by January 23, 2012, showing grounds for continuing the appeal or the appeal would be dismissed. *See* Tex. R. App. P. 44.3. Cox filed a response, but it does not show grounds for continuing the appeal. Therefore, we dismiss the appeal. *See* Tex. R. App. P. 43.2(f).

PER CURIAM

PANEL:  GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DO NOT PUBLISH
Tex. R. App. P. 47.2(b)

DELIVERED:  February 16, 2012